JS-6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MARQUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NELSON & KENNARD, a business entity, form unknown; RAZOR CAPITAL, a limited liability company; and DOES 1-10, | Case No: 5:14-CV-01702-PA (SPx)<br><br>**ORDER AS TO PARTIES' JOINT MOTION FOR DISMISSAL** |

Pursuant to the Joint Motion made and entered by and between Plaintiff VERONICA MARQUEZ and Defendants NELSON & KENNARD and RAZOR CAPITAL, LLC, per Rule 41(a)(1)(A)(ii), the Court orders this matter dismissed with prejudice, and all future hearing dates and deadlines are hereby vacated.

IT IS SO ORDERED.

DATED: MARCH 30, 2015

JS-6

JUDGE, U.S. DISTRICT COURT